UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                    CASE NO. 09-10248-GVL1
                                          CHAPTER 13
DEBRA DENISE DAVIS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: SUNBELT CREDIT which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 415763 in the amount of 49.16 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| DEBRA DENISE DAVIS<br>P.O. BOX 1224<br>ALACHUA,  FL   32616 | DBA/SUNBELT CREDIT<br>SFC-CENTRAL BANKRUPTCY & RC/DT<br>209 DAWSON RD., STE 4-B<br>COLUMBIA, SC 29223 |

AND

MICHAEL D. BRUCKMAN, ESQ.
1624 NW 6TH STREET
GAINESVILLE, FL 32609

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

6/23/2011  1:27 pm / CR_213